# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**Margaret Botkins**
**Clerk of Court**

9:41 am, 4/30/21

Scott J Goldstein

               Plaintiff,

vs.

Wyoming Financial Insurance Inc

               Defendant.

Case Number: 18-CV-00121-ABJ

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only      ☑ This was a Telephonic Hearing

Date: 04/30/2021    Time: 9:31am - 9:38am    (Telephonic)

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Erica Zeiler |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Scott Goldstein

Attorney(s) for Defendant(s)    Robert Walker

Other:

Parties are making progress. Depositions to be completed by the end of May. Mediation expected to be scheduled for mid-June. Further status to be set for 6/30/21 at 9:30 AM.